1024

[No. 43556-0-II.   Division Two.   October 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK ANTHONY DAVIS, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 11-1-02049-7, Vicki L. Hogan, J., entered June 8, 2012. *Affirmed in part* and *remanded with instructions* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar and Maxa, JJ.

[No. 43784-8-II.   Division Two.   October 29, 2013.]

THE STATE OF WASHINGTON, *Respondent*, v. MARK E. D'ENTREMONT, *Appellant*.

Appeal from a judgment of the Superior Court for Lewis County, No. 11-1-00980-1, James W. Lawler, J., entered July 27, 2012. *Affirmed* by unpublished opinion per Quinn-Brintnall, J., concurred in by Penoyar and Maxa, JJ.

[No. 43807-1-II.   Division Two.   October 29, 2013.]

MICHAEL A. LIBERA, *Appellant*, v. THE CITY OF PORT ANGELES ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Clallam County, No. 11-2-01039-5, Kenneth D. Williams, J., entered July 13, 2012. *Affirmed* by unpublished opinion per Worswick, C.J., concurred in by Hunt and Johanson, JJ. Now published at 178 Wn. App. 669.

[No. 30331-4-III.   Division Three.   October 31, 2013.]

*In the Matter of the Estate of* WENDELL K. MILES.

Appeal from a judgment of the Superior Court for Stevens County, No. 10-4-00043-2, Allen Nielson, J., entered September 20, 2011. *Affirmed* by unpublished opinion per Kulik, J., concurred in by Korsmo, C.J., and Fearing, J.